SPICER, Appellant, v. PEPPER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 19, 1907.) Action by Charlotte Pamelia Spicer against John J. Pepper and others.

PER CURIAM. Order amended, so as to direct that there be stricken from the third defense the words, "realleges all the allegations hereinbefore set forth in the first and second defenses to the complaint herein, the same as though fully set forth herein," and, as so amended, affirmed,

without costs, with leave to plaintiff to make a separate motion for bill of particulars.

McLENNAN, P. J., not sitting.